**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LUCAS HUBBARD,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:24-cv-00706** |
| | § | |
| **MIDFIRST BANK,** | § | |
| | § | |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL**

On this the 27th day of June 2024, Defendant MidFirst Bank, by and through its undersigned

counsel Shelley L. Hopkins, and Plaintiff Lucas Hubbard, by and through his undersigned counsel

James Minerve (collectively the "Parties"), hereby stipulate that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted by Plaintiff against Defendant

in this suit are dismissed with prejudice.

Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
       Shelley L. Hopkins
       State Bar No. 24036497
       HOPKINS LAW, PLLC
       2802 Flintrock Trace, Suite B103
       Austin, Texas 78738
       (512) 600-4320
       BARRETT DAFFIN FRAPPIER
       TURNER & ENGEL, LLP - *Of Counsel*
       ShelleyH@bdfgroup.com
       shelley@hopkinslawtexas.com

       Robert D. Forster, II
       State Bar No. 24048470
       BARRETT DAFFIN FRAPPIER
       TURNER & ENGEL, LLP
       4004 Belt Line Road, Ste. 100
       Addison, Texas 75001

(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**


By:     /s/ James Minerve
James Minerve
State Bar No. 24008692
13276 N Highway 183, Ste. 209
Austin, Texas 78750
jgm@minervelaw.com

**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

*VIA ECF:*
James Minerve
13276 N Highway 183, Ste. 209
Austin, Texas 78750
jgm@minervelaw.com

**ATTORNEY FOR PLAINTIFF**


/s/ Shelley L. Hopkins
Shelley L. Hopkins